UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-230-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHNNIE LEE LUCAS, III | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 61 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney, Defendant's attorney and the Defendant.

This the 26th day of August, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge